# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **COURTNEY FONDREN** | **CIVIL ACTION NO. 6:18-cv-00001** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JASON BROWN, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion to dismiss penalty, punitive, or exemplary damages that was filed by City of Youngsville, Youngsville police officer Sergeant Jason Brown, and Youngsville Police Chief Rickey Boudreaux (Rec. Doc. 9) is GRANTED IN PART and DENIED IN PART, consistent with the report and recommendation. More particularly,

The motion is GRANTED to the extent that the plaintiff is seeking to recover penalty, punitive, or exemplary damages in connection with her Section 1983 claim against the City of Youngsville, and the plaintiff's claim for the recovery of such punitive damages is DISMISSED WITH PREJUDICE;

The motion is GRANTED to the extent that the plaintiff is seeking to recover penalty, punitive, or exemplary damages in connection with her Section 1983 claims against Chief Boudreaux, Sgt. Brown, and the unnamed police officers in their official capacities, and the plaintiff's claim for the recovery of such punitive damages is DISMISSED WITH PREJUDICE;

The motion is GRANTED to the extent that the plaintiff is seeking to recover penalty, punitive, or exemplary damages in connection with her state-law claims, and the plaintiff's claim for the recovery of such punitive damages is DISMISSED WITH PREJUDICE; and

The motion is DENIED in all other respects, particularly with regard to the plaintiff's claim for the recovery of penalty, punitive, or exemplary damages in connection with any Section 1983 individual-capacity claims asserted against Sgt. Brown or the unnamed police officers.

Signed at Monroe, Louisiana, this 12th day of April, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**