UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

COURTNEY FONDREN                         CIVIL ACTION NO. 6:18-cv-00001

VERSUS                                   JUDGE TERRY A. DOUGHTY

JASON BROWN, ET AL.                      MAG. JUDGE PATRICK J. HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss that was filed by City of Youngsville, Youngsville police officer Sergeant Jason Brown, and Youngsville Police Chief Rickey Boudreaux (Rec. Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**, consistent with the report and recommendation. More particularly, (1) the motion is **GRANTED** with regard to the official-capacity claims against Chief Boudreaux and Sgt. Brown and with regard to any Fifth Amendment claim that the plaintiff might have, and those claims are **DISMISSED WITH PREJUDICE**; (2) in all other respects, and particularly with regard to the training and supervision claim against the City of Youngsville and the Section 1983 excessive force claim, the motion is **DENIED**; (3) the plaintiff is granted leave of court to amend her complaint not more than twenty-one days after the date of this judgment; and (4) the defendants will be permitted to re-urge their motion to dismiss after review of the amended complaint, if necessary or appropriate.

**Monroe**, **Louisiana**, this 17th day of April, 2018.

                                            **TERRY A. DOUGHTY**
                                            **UNITED STATES DISTRICT JUDGE**